FILED

1  **THE ECLIPSE GROUP LLP**
2  Becky V. Christensen, Esq. (SBN 147013)  2011 FEB -2  AM 10: 51
   Email: bchristensen@eclipsegrp.com
3  Edward F. O'Connor, Esq. (SBN 123398)  CLERK U.S. DISTRICT COURT
   Email: eoconnor@eclipsegrp.com          CENTRAL DIST. OF CALIF.
4  1920 Main Street, Suite 150                     SANTA ANA
5  Irvine, California  92614                BY
6  Tel:  (949) 851-5000
   Fax:  (949) 851-5051
7
8  Attorneys for Plaintiffs,
   CARLINI ENTERPRISES, INC. dba
9  CARLINI DESIGN AND ANTHONY ("TONY") J. CARLINI

10              **UNITED STATES DISTRICT COURT**
11        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12                  **SOUTHERN DIVISION**
13                                        SACV11 -0185 DOC (RNBx)

14  CARLINI ENTERPRISES, INC. dba      **CASE NO.:**
15  CARLINI DESIGN, a California
    corporation,  and ANTHONY
16  ("TONY") J. CARLINI, an individual,  COMPLAINT FOR PATENT
                                         INFRINGEMENT
17
                 Plaintiffs,
18
19          v.
20  NASH MOTORCYCLE L.L.C., a          **[DEMAND FOR JURY TRIAL]**
21  Washington limited liability company,
    TABER NASH, an individual, TEDDY
22  NASH, an individual,
23
                 Defendants.
24
25
26
27
28

1

## COMPLAINT

Plaintiffs CARLINI ENTERPRISES dba CARLINI DESIGN and ANTHONY ("TONY") J. CARLINI ("CARLINI") complain and allege against Defendants NASH MOTORCYCLE L.L.C., TABER NASH AND TEDDY NASH:

## JURISDICTION AND VENUE

1.    The Court has federal question jurisdiction pursuant to the patent laws of the United States of America, Title 35 United States Code.

2.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 and 1400(b) and the Defendants have ongoing, systematic and continuous contact in this District, including but not limited to advertising and selling the offending products and many other products in this District such that venue in this District is proper.

## THE PARTIES

3.    Plaintiff CARLINI ENTERPRISES, INC. dba CARLINI DESIGN is a designer, distributor and manufacturer of aftermarket motorcycle parts including specifically motorcycle handlebars for Harley Davidson motorcycles. Carlini maintains its principal offices in Orange County, California.

4. Plaintiff ANTHONY ("TONY") J. CARLINI is an individual who resides in Orange County, California, and is the President of Plaintiff Carlini Enterprises, Inc. Plaintiffs Carlini Enterprises Inc. and Anthony ("Tony") J. Carlini are hereinafter collectively referred to as "CARLINI."

5.    Upon information and belief, Defendant NASH MOTORCYCLE L.L.C. ("NASH MOTORCYCLE") is a business entity of unknown form and is a

2

distributor and retailer of motorcycle handlebars for Harley Davidson motorcycles located in Vancouver, Washington.

6.    Upon information and belief, Defendant TABER NASH is an individual who resides in Vancouver, Washington and is an owner and manager of Defendant Nash Motorcycle.

7.    Upon information and belief, Defendant TEDDY NASH is an individual who resides in Vancouver, Washington and is an owner and manager of Defendant Nash Motorcycle.

8.    Upon information and belief, each Defendant committed the acts alleged herein as the employee, officer, managing agent or agent of the other defendants and committed the acts alleged herein at the direction of and with the knowledge or ratification of the other defendants, such that all defendants are liable for the wrongful acts alleged herein.

## FIRST CAUSE OF ACTION
## PATENT INFRINGEMENT
### (Against All Defendants)

**A.    CARLINI**

9.    Plaintiff Carlini is a family owned and operated business founded in 1969. Carlini is an innovator in the motorcycle after-market product business for Harley Davidson motorcycles and "choppers," custom built motorcycles. In the 1960's, the motorcycle after-market business served the passionate hobbyist working in the home garage tinkering with their own bikes, but the market has blossomed into a multimillion dollar industry serving the Harley/Chopper after-market, which includes bankers, lawyers, bike designers, housewives and others from every walk of life. Carlini has grown to become a power house in the design, manufacture and supply of American made Harley/Chopper after-market products. In 2002, the company incorporated as CARLINI ENTERPRISES INC.

**B.     CARLINI PATENTS**

10.    On or about November 17, 2009, U.S. Patent No. US D604,212 S issued for the ornamental design set forth therein invented by Plaintiff Anthony Carlini a copy of which is attached as Exhibit A.

11.    Plaintiff Anthony J. Carlini is the owner of all right, title and interest in and to the patent named above and  has granted an exclusive worldwide license to  the '212 Patent to Plaintiff Carlini Enterprises Inc. (hereinafter "the Carlini Patents").   Plaintiff Carlini Enterprises Inc., advertises, markets and manufactures handle bars under the trademarks Flyin' Apes, Evil Apes and Gangster Apes, among others.

12.    Carlini has given Defendants notice of the Carlini Patent in accordance with 35 U.S.C. § 287.

13.    Defendants have in the past and still are directly and intentionally infringing the Carlini Patents by manufacturing, using, selling and/or offering for sale motorcycle handlebars Defendants called "Stupid Grits"  that the ordinary observer would identify as the same overall ornamental design as the '212 Patent. A photo of the offending Stupid Grits, taken from Defendants' website, is attached as Exhibit B.

14.    Plaintiffs have been damaged by Defendants' activities in an amount to be proven at trial but in any event not less than $75,000 and will be irreparably harmed by damage to their reputation and the exclusivity of their products unless such infringing activities are enjoined by this Court.

15.    Defendants' infringement of the '212 Patent is intentional and deliberate that Carlini notified Defendants that its Stupid Grits infringed, but Defendants have refused to cease and desist their infringing advertising and sales.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs CARLINI ENTERPRISES INC. dba CARLINI DESIGNS and ANTHONY ("TONY") J. CARLINI pray for judgment against all Defendants NASH MOTORCYCLE L.L.C., TABER NASH and TEDDY NASH, , jointly and severally, as follows:

1. A declaratory judgment that Defendants infringed Carlini U.S. Patent No. US D604,212 S;

2. A judgment against Defendants for all actual damages suffered by Plaintiff as provided by law, which upon information and belief, will total no less than Seventy Five Thousand Dollars ($75,000.);

3. For treble damages pursuant to 35 U.S.C. § 284;

4. Preliminary and permanent injunctive relief against Defendants, their owners, officers, agents, representatives, employees and those acting in concert with them, to prevent and restrain Defendants from:

    A. Continuing and/or pursuing the acts described and complained of in this action; and

    B. Continuing to make, sell, promote, advertise or offer for sale the infringing products and services;

5. Preliminary and permanent injunctive relief against Defendants, their agents, representatives, employees and those acting in concert with them, to account for and to destroy all products infringing the Carlini Patents;

6. Plaintiff further requests that the Court direct Defendants to file a report detailing all measures taken to comply with the injunction within thirty days of the Court's injunction;

1    7.    For the full costs of this action, including attorneys' fees as allowed

2  by Title 35 of the United States Code;

3    8.    For all such other relief as the Court deems just and proper.

4

5

6

7  Dated:  February 1, 2011            Respectfully submitted:
                                      **THE ECLIPSE GROUP, LLP**
8

9

10

11

12                                    Becky V. Christensen, Esq.

13

14                                    Attorneys for Plaintiffs
                                      CARLINI ENTERPRISES, INC.
15                                    dba CARLINI DESIGN and
                                      ANTHONY ("TONY") J. CARLINI
16

17

18

19

20

21

22

23

24

25

26

27

28

1   **DEMAND FOR JURY TRIAL**

2   Plaintiffs CARLINI ENTERPRISES, INC. dba CARLINI DESIGN and

3   ANTHONY ("TONY") J. CARLINI hereby demand a trial by jury of all issues

4   triable to a jury.

5

6

7   Dated: February 1, 2011          Respectfully submitted:

8                                    **THE ECLIPSE GROUP, LLP**

9                                    _Becky V. Christensen_

10                                   Becky V. Christensen, Esq.

11

12

13                                   Attorneys for PlaintiffS
                                     CARLINI ENTERPRISES, INC.
14                                   dba CARLINI DESIGN and
                                     ANTHONY ("TONY") J. CARLINI
15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



US00D604212S

(12) **United States Design Patent**
Carlini

(10) Patent No.:    **US D604,212 S**
(45) Date of Patent:    ** Nov. 17, 2009

(54) **HANDLEBAR**

(76) Inventor:    Tony J. Carlini, 5308 Seashore Dr., Apt. B, Newport Beach, CA (US) 92663

(**) Term:    14 Years

(21) Appl. No.: 29/278,376

(22) Filed:    **Mar. 27, 2007**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 29/243,096, filed on Nov. 17, 2005, now Pat. No. Des. 542,197.

(51) LOC (9) Cl. ................................................. 12-11
(52) U.S. Cl. ...................................... D12/178
(58) Field of Classification Search .............. D12/110, D12/178, 111–113; 74/551.1 551.9; 280/274–280, 280/281.1, 288.1 288.4; 180/219, 220
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,331,617 A | * | 7/1967 | Jacoby | 280/279 |
| 3,477,741 A | * | 11/1969 | Ross | 280/279 |
| D224,696 S | * | 8/1972 | Pawsat et al. | D12/178 |
| D328,266 S | * | 7/1992 | Cummings | D12/112 |
| D342,475 S | * | 12/1993 | Haro | D12/178 |
| D415,084 S | * | 10/1999 | Clarkson | D12/178 |
| D502,673 S | * | 3/2005 | Schlick | D12/111 |
| D542,197 S | | 5/2007 | Carlini | |

OTHER PUBLICATIONS

Biker's Choice 2000 Handbook, Handlebar Dimension Chart at top of p. 417 and handlebars on the remainder of p. 417.*
Custom Chrome® Chrome Specialties® 2003, Ape Hanger Handlebars product No. 110000, 110005, and 110001 on p. 4.46.*
Drag Specialties 2002 FatBook, Arlen Ness 1.25" Fatness Bars product No. DS-300562 on p. 489.*

* cited by examiner

Primary Examiner—Cathron C Brooks
Assistant Examiner—Linda Brooks
(74) Attorney, Agent, or Firm  The Eclipse Group LLP

(57)    **CLAIM**

I claim, the ornamental design for a handlebar, as shown and described.

**DESCRIPTION**

FIG. 1 is a front elevation view of a handlebar of FIG. 1.

FIG. 2 is a rear elevation view of the handlebar of FIG. 1.

FIG. 3 is a top perspective view of the handlebar.

FIG. 4 is a rear perspective view of the handlebar of FIG. 1.

FIG. 5 is a top view of the handlebar of FIG. 1.

FIG. 6 is a bottom view of the handlebar of FIG. 1.

FIG. 7 is a right side elevation view of the handlebar of FIG. 1; and

FIG. 8 is a left side elevation view of the handlebar of FIG. 1.

1 Claim, 5 Drawing Sheets



8

EXHIBIT A

U.S. Patent        Nov. 17, 2009        Sheet 1 of 5        US D604,212 S



Fig 1



Fig 2

EXHIBIT A

**U.S. Patent**     Nov. 17, 2009     Sheet 2 of 5     US D604,212 S



Fig. 3

10

EXHIBIT A

U.S. Patent       Nov. 17, 2009       Sheet 3 of 5          US D604,212 S



Fig. 4

EXHIBIT A

U.S. Patent     Nov. 17, 2009     Sheet 4 of 5     US D604,212 S



Fig. 5

Fig. 6

EXHIBIT A

U.S. Patent      Nov. 17, 2009      Sheet 5 of 5      US D604,212 S



Fig. 7            Fig. 8

13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV11- 185 DOC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=======================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

THE ECLIPSE GROUP LLP
Becky V. Christensen, Esq. (SBN 147013)
Email: bchristensen@eclipsegrp.com
1920 Main Street, Suite 150
Irvine, California 92614
Tel: (949) 851-5000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLINI ENTERPRISES, INC. dba CARLINI DESIGN, a California corporation, and ANTHONY ("TONY") J. CARLINI, an individual,<br><br>PLAINTIFF(S)<br><br>v.<br><br>NASH MOTORCYCLE L.L.C., a Washington limited liability company, TABER NASH an individual, TEDDY NASH, an individual,<br><br>DEFENDANT(S). | CASE NUMBER<br>**SACV11 -0185 DOC (RNBx)**<br><br><br><br><br>**SUMMONS** |

TO:    DEFENDANT(S): NASH MOTORCYCLE L.L.C., a Washington limited liability company, TABER NASH, an individual, TEDDY NASH, an individual

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Becky V. Christensen, Esq. _____, whose address is THE ECLIPSE GROUP LLP, 1920 Main Street, Suite 150, Irvine, California 92614 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

Clerk, U.S. District Court

**DODJIE LAGMAN**

Dated: ___FEB - 2 2011___          By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| CARLINI ENTERPRISES, INC. dba CARLINI DESIGN, a California corporation, and ANTHONY ("TONY") J. CARLINI, an individual, | NASH MOTORCYCLE L.L.C., a Washington limited liability company, TABER NASH, an individual, TEDDY NASH, an individual, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Becky V. Christensen, Esq. THE ECLIPSE GROUP LLP, 1920 Main Street, Suite 150, Irvine, CA 92614  Tel: (949) 851-5000 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No       ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

35 U.S.C. Section 287

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

## SACV11 -0185 DOC (RNBx)

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                          CIVIL COVER SHEET                          Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　　☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　　☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　　☐ D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Clark County, Washington |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
　　**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Becky Weustenes_　Date _02 - 01 - 11_

　　**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |