| | |
|---|---|
| 1  Becky V. Christensen, Esq. (SBN 147013) | |
|    *BChristensen@eclipsegrp.com* | |
| 2  Edward F. O'Connor, Esq. (SBN 123398) | |
|    *EOConnor@eclipsegrp.com* | |
| 3  **THE ECLIPSE GROUP LLP** | JS-6 |
|    1920 Main Street, Suite 150 | |
| 4  Irvine, CA 92614 | |
|    Tel: 949.851.5000 | |
| 5  Fax: 949.851.5051 | |

Counsel for Plaintiffs
CARLINI ENTERPRISES, INC.
dba CARLINI DESIGN, and
ANTHONY ("TONY") J. CARLINI

Thomas F. Fitzpatrick (SBN 193565)
*tfitzpatrick@goodwinprocter.com*
Joseph R. Farris (SBN 263405)
*jfarris@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California  94025-1105
Tel.: 650.752.3100
Fax: 650.853.1038

*Attorneys for Defendants*
NASH MOTORCYCLE L.L.C., TABER NASH, and TEDDY NASH

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| CARLINI ENTERPRISES, INC. dba CARLINI DESIGN, a California corporation, and ANTHONY ("TONY") J. CARLINI, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> NASH MOTORCYCLE L.L.C., a Washington limited liability company, TABER NASH, an individual, TEDDY NASH, an individual, <br><br> Defendants. | Case No.: SACV11-0185 DOC (RNBx) <br><br> **ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Judge: Hon. David O. Carter |

1

1  The Court having considered the Stipulation of the Parties, and good cause
2  appearing, IT IS HEREBY ORDERED that:
3  This matter including all claims and causes of action shall be dismissed with
4  prejudice, each party to bear its own costs and fees.
5  **IT IS SO ORDERED.**
6
7  Dated: January 4, 2012              _David O. Carter_____
8                                      Hon. David O. Carter
                                       United States District Court Judge